IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**JOHN WILLIAM SCHARNHORST, III**                                                          PLAINTIFF

V.                                CASE NO. 5:22-CV-5138

**CHIEF DEPUTY JAY CANTRELL,**
Washington County Detention Center;
**MAJOR RANDALL DENZER,**
Washington County Detention Center;
**LIEUTENANT KEVIN EAST,**
Washington County Detention Center;
**LIEUTENANT NOLAN AKE,**
Washington County Detention Center; and
**LIEUTENANT AMANDA ARNOLD,**
Washington County Detention Center                                                      DEFENDANTS

## ORDER

Comes on for consideration the Report and Recommendation (Doc. 33) filed in this case on December 13, 2022, by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. Fourteen (14) days have passed without objections being filed by the parties.

The Court has reviewed this case and, being well and sufficiently advised, finds that the Report and Recommendation is proper and is **ADOPTED IN ITS ENTIRETY**. Accordingly, for the reasons stated in the Report and Recommendation, Plaintiff's Motion for Temporary Restraining Order (Doc. 23) is **DENIED**.

**IT IS SO ORDERED** on this 3rd day of January, 2023.

>                    */s/ Timothy L. Brooks*
>                    TIMOTHY L. BROOKS
>                    UNITED STATES DISTRICT JUDGE