IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**JOHN WILLIAM SCHARNHORST, III**                                                          **PLAINTIFF**

V.                                           **CASE NO. 5:22-CV-5138**

**CHIEF DEPUTY JAY CANTRELL, et al.**                                                     **DEFENDANTS**

## ORDER

Comes on for consideration the Report and Recommendation ("R&R") (Doc. 51) filed in this case on February 13, 2023, by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. On February 27, 2023, Plaintiff John William Scharnhorst, III, filed objections to the R&R (Doc. 52). The Court has therefore reviewed the case *de novo*, paying particular attention to the Plaintiff's objections.

The R&R discusses the following: Plaintiff's Motion to Compel (Doc. 26), Motion for Temporary Restraining Order (Doc. 37), and Motions for Contempt (Docs. 28, 29, 44); and Defendants' Motion to Stay Pending Interlocutory Appeal (Doc. 34) and Renewed Motion to Stay and Alternative Motion for Extension of Time to File Motion for Summary Judgment (Doc. 50).

The R&R first addresses Defendants' Motion to Stay Pending Interlocutory Appeal (Doc. 34). Plaintiff objects to the Magistrate Judge's recommendation to grant the Motion. The Court finds that the Motion is **MOOT** at this point, as the Eighth Circuit issued a Mandate (Doc. 54) dismissing the interlocutory appeal on February 28, 2023. As for Defendants' Renewed Motion to Stay and Alternative Motion for Extension of Time to File

1

Motion for Summary Judgment (Doc. 50), the Court agrees with the Magistrate Judge that the dispositive motion deadline of February 3 was appropriately held in abeyance pending the resolution of the interlocutory appeal. Now that the appeal has been dismissed, the Court anticipates that the Magistrate Judge will issue an amended scheduling order resetting this, and possibly other, pretrial deadlines. The Court similarly **ADOPTS** the Magistrate Judge's recommendation that Plaintiff's Motion to Compel (Doc. 26) and Motions for Contempt (Docs. 28, 29, 44) be stayed pending the disposition of the appeal. The Court anticipates that the Magistrate Judge will issue rulings on those Motions now that the appeal has been dismissed.

Lastly, the R&R recommends that Plaintiff's Motion for Temporary Restraining Order (Doc. 37) be denied. Plaintiff's objection to the R&R (Doc. 52) does not address the Motion for Temporary Restraining Order. After careful consideration, the Court finds that the Magistrate Judge's recommendation is correct, and the Motion for Temporary Restraining Order should be **DENIED**. The Court therefore **ADOPTS** the R&R in part as to the recommended disposition of this Motion.

For all the reasons stated above, the Court **ADOPTS IN PART AND DECLINES TO ADOPT IN PART** the Report and Recommendation (Doc. 51). **IT IS THEREFORE ORDERED** that:

(1) the Court **DECLINES TO RULE** on Plaintiff's Motion to Compel (Doc. 26) and Motions for Contempt (Docs. 28, 29, 44) and orders that those Motions remain referred to the presiding Magistrate Judge;

(2) Plaintiff's Motion for Temporary Restraining Order (Doc. 37) is **DENIED ON THE MERITS** or, in the alternative, **DENIED AS MOOT** for the reasons set forth in the R&R; and

(3) Defendants' Motion to Stay Pending Interlocutory Appeal (Doc. 34) and Renewed Motion to Stay (Doc. 50) are effectively **MOOT**; however, the Court agrees with the Magistrate Judge that it was appropriate to stay certain deadlines while the matter was on appeal and leaves to the presiding Magistrate Judge's discretion the resetting of this and any other pretrial deadline.

**IT IS SO ORDERED** on this 10th day of March, 2023.

/s/ Timothy L. Brooks
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE