IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

JOHN WILLIAM SCHARNHORST, III                                          PLAINTIFF

V.                         CASE NO. 5:22-CV-5138

CHIEF DEPUTY JAY CANTRELL, et al.                                     DEFENDANTS

### ORDER

Comes on for consideration the Report and Recommendation ("R&R") (Doc. 61) filed in this case on March 31, 2023, by the Honorable Christy Comstock, United States Magistrate Judge for the Western District of Arkansas.  More than 14 days have passed, and no party has filed objections to the R&R.

**IT IS THEREFORE ORDERED** that the R&R (Doc. 61) is **ADOPTED IN FULL**, and the Third Motion for Contempt (Doc. 44) is **DENIED**.

**IT IS SO ORDERED** on this 19th day of April, 2023.

*/s/ Timothy L. Brooks*
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE